I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12/11/09

DEPUTY CLERK

JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. TAGGER, SR., | Case No. EDCV 09-2212-AHM (RNB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| JAMES YATES, | |
| Respondent. | |

　　In accordance with the Order Summarily Dismissing Petition for Writ of Error Coram Nobis for Lack of Subject Matter Jurisdiction filed herein,

　　IT IS HEREBY ADJUDGED that this action is summarily dismissed for lack of subject matter jurisdiction.

DATED: December 9, 2009

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE